IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| DIANE TRUDDLE et al., | § | |
| | § | |
| VS. | § | **NO. 2:11-cv-00207-GHD-SAA** |
| | § | |
| GENERICS BIDCO I, LLC et al. | § | |

### MOTION TO DISMISS BY DEFENDANTS GENERICS BIDCO I, LLC QUALITEST PHARMACEUTICALS, INC. AND VINTAGE PHARMACEUTICALS, LLC

Defendants Generics Bidco I, LLC, Qualitest Pharmaceuticals, Inc., and Vintage Pharmaceuticals, LLC (the "Generic Defendants") respectfully move the Court, pursuant to Rules 8, 9, and 12 of the Federal Rules of Civil Procedure, to dismiss all claims against them in Plaintiffs' Amended Complaint with prejudice in their entirety for failure to state a claim. Plaintiffs bring this state-law products liability action against various branded and generic manufacturers of the prescription medication metoclopramide, including the Generic Defendants. However, the Supreme Court's recent decision in *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011), makes clear that the federal law governing generic prescription medications preempts state-law products liability claims such as Plaintiffs' that challenge the product labeling of a generic prescription medication. Plaintiffs cannot save their claims against the Generic Defendants by couching them under any other state-law theory. These and other grounds for this motion are set forth more fully in the accompanying Memorandum of Law.

WHEREFORE, the Generic Defendants respectfully request that the Court dismiss the claims against them in Plaintiffs' Amended Complaint in their entirety, with prejudice.

Dated: October 14, 2011

        Respectfully submitted,

        By:    /s/ Robert D. Gholson
        Robert D. Gholson
        gholson@gbeolaw.com
        **GHOLSON BURSON ENTREKIN & ORR, PA**
        535 North Fifth Avenue
        Post Office Drawer 1289
        Laurel, Mississippi 39441-1289
        Telephone: 601:649-4440
        Facsimile: 601:649-4441
        *Attorneys for Defendants Generics Bidco I, LLC, Qualitest Pharmaceuticals, Inc., and Vintage Pharmaceuticals, LLC*

## **CERTIFICATE OF SERVICE**

I, Robert D. Gholson, do hereby certify that on the **14th** day of **October, 2011**, I served the foregoing via US Mail and/or electronic filing via the Court's ECF system a copy of the above and foregoing document upon the following:

Benjamin M. Philley
Jared A. Kobs
P.O. Box 2230
Madison, Mississippi 39130-2230

Diane Truddle and Kaylyn Truddle
388 N. Street
Coldwater, Mississippi 38128

Ricky Carmichael and Ricky Carmichael, Jr.
4216 Oakcrest Avenue
Memphis, Tennessee 38128

John Simeon Hooks, Esq.
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157

Leigh Davis Vernon, Esq.
Walter T. Johnson, Esq.
P. O. Box 650
Jackson, MS 39205-0650

This the **14th** day of **October, 2011.**

/s/ Robert D. Gholson
ROBERT D. GHOLSON