UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE TRUDDLE, KAYLYN TRUDDLE,            PLAINTIFFS
RICKY CARMICHAEL, and RICKY CARMICHAEL, JR.,
all individually and as wrongful death beneficiaries
of Eric Carmichael, deceased and on behalf of
the Estate of Eric Carmichael, deceased

v.                                 CIVIL ACTION NO. 2:11-CV-00207-GHD-SAA

WYETH, LLC; SCHWARZ PHARMA, INC.;
ALAVEN PHARMACEUTICALS, LLC;
GENERICS BIDCO I, LLC, doing business as
Qualitest Pharmaceuticals;
QUALITEST PHARMACEUTICALS, INC.;
and VINTAGE PHARMACEUTICALS, LLC          DEFENDANTS

ORDER GRANTING MOTION TO DISMISS FILED BY GENERICS BIDCO I, LLC;
QUALITEST PHARMACEUTICALS, INC.; AND VINTAGE PHARMACEUTICALS, LLC

Pursuant to an opinion issued this day, it is hereby ORDERED that the motion to dismiss [16] filed by Defendants Generics Bidco I, LLC; Qualitest Pharmaceuticals, Inc.; and Vintage Pharmaceuticals, LLC is GRANTED; the Plaintiffs' claims against these Defendants are DISMISSED WITHOUT PREJUDICE.

The Plaintiffs' claims against Defendants Wyeth, LLC; Schwarz Pharma, Inc.; and Alaven Pharmaceuticals, LLC remain viable.

It is SO ORDERED, this, the 14th day of August, 2012.

                                                                _____
                                                                SENIOR JUDGE