IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE TRUDDLE, KAYLYN TRUDDLE,            PLAINTIFFS
RICKY CARMICHAEL, and RICKY CARMICHAEL, JR.,
all individually and as wrongful death beneficiaries
of Eric Carmichael, deceased and on behalf of
the Estate of Eric Carmichael, deceased

v.                            CIVIL ACTION NO. 2:11-cv-00207-GHD-SAA

WYETH, LLC; SCHWARZ PHARMA, INC.;
and ALAVEN PHARMACEUTICALS, LLC            DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, the Court hereby ORDERS as follows:

(1) The motion for summary judgment [79] filed by Defendants Alaven Pharmaceuticals, LLC and Wyeth, LLC is GRANTED;

(2) all remaining claims are DISMISSED; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

It is SO ORDERED, this, the 12th day of January, 2015.

_____
SENIOR U.S. DISTRICT JUDGE